83,739-01

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 23 2015

Abel Acosta. Clerk

November 15, 2015

To: The Court of Criminal Appeals
of Texas

---

NO. WR-83,739-01

---

IN RE Craig Welvon Sawyer, Relator

ON Application for a writ of Mandamus
Cause No. 114-0252-13 in the 114th District Court
from Smith County

Dear Mr. Abel Acosta, Clerk

Please find enclosed a copy of a letter addressed to
the District Court Clerk of Smith county 12th FL.
Sir please file and forward a copy to the
Court of Criminal Appeals of Texas. Thank you!

Respectfully
Craig W. Sawyer
11.15.15

Attn: Office of the Clerk

Please be advised and let the ~~show~~ record show and be filed that my State court appointed attorney Austin Reeve Jackson sent a letter to me stating he could not represent me in the 11.07 proceeds. The letter was dated September 23, 2014 (9.23.14). The trial ct No. 114-0252-13 has failed to notify me of any motion from Mr. Austin Reeve Jackson to withdraw from being my appeal counsel. The trial court has also failed to appoint me a new appeal attorney to further assist me in my 11.07 proceeds. Also please be advised and let the record show and be filed that Craig Weldon Sawyer has not recieved a response from the trial court as of this date, reguarding my application for Writ of habeus Corpus 11.07. I have not been forwarded anything concerning my case or appeal. I am requesting the District Court Clerk to please forward any and all documents, responses and/or issues concerning my case and appeal and Writ of habeus corpus. Please forward me everything issued by the trial court No. 114-0252-13 reguarding my case in Smith County. Please forward this letter to:

A. Trial Court No. 114-0252-13
B. District Attorneys office of Smith County

RE: Sawyer Craig Weldon
     CCA. No. WR-83,739-01
     Trial Court Case No. 114-0252-13

Respectfully
Craig W. Sawyer
11.15.15

TO: Office of the Clerk
     Smith County Ct. 12th FL.
     100 N. Broadway
     Tyler, Tx 75702